United States District Court
Southern District of Texas
**ENTERED**
May 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IVAN ANDRES BONILLA GRANADOS, | § § § § | |
| Plaintiff. | § § | CIVIL ACTION NO. 4:24-CV-3933 |
| VS. | § § | |
| OLIN YOLIZTLI SOTO VALENCIA, *et al.*, | § § § | |
| Defendants. | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 16, 2024, this case was referred to United States Magistrate Judge Richard W. Bennett for all pretrial purposes. (Dkt. 4). Judge Bennett filed a Memorandum and Recommendation on May 12, 2025, recommending that this case be **DISMISSED WITHOUT PREJUDICE** for failure to serve Defendants. (Dkt. 13).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

2

(1) Judge Bennett's Memorandum and Recommendation (Dkt. 13) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) This case is **DISMISSED WITHOUT PREJUDICE** for failure to serve Defendants.

It is so **ORDERED**.

SIGNED at Houston, Texas on May 29, 2025.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE